In the Matter of the Probate of the Will of EMMA T. MITTEL-STAEDT, Deceased. HARRIET A. MITTELSTAEDT, Respondent; EDWARD L. MITTELSTAEDT, Appellant.

Argued October 15, 1952; decided October 24, 1952.

*Albert I. Collens* and *Myron J. Kleban* for appellant.

*John Goodrum Miller* for respondent.

Appeal dismissed, with costs, upon the authority of *Matter of Bishop* (301 N. Y. 498, 500).

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 304 N. Y. 797.]